**STATE of Utah, Plaintiff and Appellee,**

v.

**David C. STREETER, Defendant and Appellant.**

**No. 930206–CA.**

Court of Appeals of Utah.

Nov. 29, 1993.

Brooke C. Wells and Robert K. Heineman, Salt Lake Legal Defender Ass'n, Salt Lake City, for defendant-appellant.

Jan Graham, State Atty. Gen., and Frederic J. Voros, Jr., Asst. Atty. Gen., Salt Lake City, for plaintiff-appellee.

Before RUSSON, BILLINGS and GREENWOOD, JJ.

## OPINION

PER CURIAM:

Defendant appeals from his conviction for aggravated assault, a third degree felony, in violation of Utah Code Ann. § 76-5-103 (1990). Defendant pled guilty to the offense pursuant to a conditional plea agreement under *State v. Sery*, 758 P.2d 935 (Utah App.1988). He reserved his right to appeal the denial of a motion to suppress statements allegedly obtained in violation of the *Miranda* requirements.

Subsequent to entry of the conditional plea and during the course of the present

appeal, this court issued its decisions in *State v. Montoya*, 858 P.2d 1027 (Utah App.1993) and *State v. Harris*, 858 P.2d 1031 (Utah App.1993). *Montoya* held that in *Sery* plea cases, the disposition on appeal must effectively bring the prosecution to an end. Montoya, 858 P.2d at 1030. Accordingly, the court stated that "it is incumbent upon a trial court, when it allows a defendant to enter a guilty plea conditioned on his or her right to appeal a certain issue, to make sure the record clearly establishes that resolution of the issue on appeal, one way or another, will necessarily end the prosecution of the case." *Id.*

Because the plea in this case was entered prior to *Montoya*, the record does not contain the required finding. The case is therefore remanded to the trial court for entry of the finding as required by *Montoya*. Following remand, the trial court shall prepare and transmit to this court a supplemental record of its proceedings. If the trial court cannot make the requisite factual finding in support of a conditional guilty plea, the trial court shall allow withdrawal of the conditional plea and advise this court of its determination.